UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                    Chapter 7
                                          Case #: 22-71630

NEW ISLAND DEVELOPMENT, LLC

        Debtor
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as Counsel of record for SAMMI M. MILLWALA, in this proceeding and demand that you serve all papers in this proceeding upon the undersigned at the office address stated herein.

Dated: Kew Gardens, New York
       July 28, 2022

*/s/ Btzalel Hirschhorn*
Btzalel Hirschhorn, Esq.
**Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-263-6800
bhirschhorn@sbagk.com

NOTICE TO:
*Via ECF*

New Island Development, LLC
aka Thomas Debonis
33 Anchor Dr
Massapequa, NY 11758

Marc A. Pergament, Trustee
400 Garden City Plaza, Ste 309,
Garden City, NY 11530

U.S. Trustee
United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Bantam Funding II, LLC
c/o Polsinelli, PC
Amy E. Hatch, Esq
600 Third Avenue, 42nd Floor
New York, New York 10016

Dipali Pandya
c/o Jaspan Schlesinger LLP
300 Garden City Plaza, Fifth Floor
Garden City, New York 11530

George Esernio, Esq
1050 Franklin Ave. Suite 404
Garden City, New York 11530

Himanshu Pandya
c/o Jaspan Schlesinger LLP
300 Garden City Plaza, Fifth Floor
Garden City, New York 11530

IRP Fund II Trust 2A
c/o Pincus Law Group, PLLC
425 RXR Plaza
Uniondale, NY 11556

Loan Funder LLC, Series 15057
645 Madison Ave, 19th Fl
New York, NY 10022

Loan Funder LLC, Series 17715
79-37 Myrtle Avenue
Glendale, NY 11385

Mohammed Shamol
c/o Arthur G. Trakas, Esq.
31-19 Newtown Ave, Suite 500
Astoria, NY 11102

Robertson, Anschultz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse
Westbury, New York 11590

Sammi M. Millwala
44 Mayfield Lane
Valley Stream, NY 11581

Sultana A. Sayada
c/o Arthur G. Trakas, Esq.
31-19 Newtown Ave, Suite 500
Astoria, NY 11102

Toorak Capital Partners LLC
15 Maple Street, Second Floor West
Summit, NJ 07901

TVC MORTGAGE TRUST 2020-RTL1
c/o Michael C. Manniello, Esq.
25 W 39th Street, 8th Floor
New York, New York 10018

U.S. Bank National Association
c/o Robertson, Anschultz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse
Westbury, New York 11590

Victoria Capital Trust
c/o Polsinelli, PC
Amy E. Hatch, Esq
600 Third Avenue, 42nd Floor
New York, New York 10016

Westwood Funding Solutions LLC
4601 Sheridan St Ste 501
Hollywood, Fl 33021

Wilmington Savings Fund Society, FSB
500 Delaware Avenue 11th Fl
Wilmington, DE 19801

8742 Corp
c/o Jay L. Yackow
355 Post Avenue, Suite 201
Westbury, New York 11590