| UNITED STATES BANKRUPTCY COURT | RETURN DATE: NOVEMBER 28, 2023 |
| EASTERN DISTRICT OF NEW YORK | TIME: 10:00 A.M. |

-----------------------------------------------------------X

In Re:                                              Chapter 7

New Island Development, LLC a/k/a                   Case No. 822-71630-845
Thomas Debonis,

        Debtor.                                 Notice of Hearing

-----------------------------------------------------------X

      PLEASE TAKE NOTICE, that on November 28, 2023 at 10:00 a.m. the undersigned will move before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, United States Bankruptcy Court Bankruptcy Court, Alfonse M. D'Amato Courthouse, 290 Federal Plaza, Room 970, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for the entry of an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure: (a) approving the settlement between the Trustee on behalf of the Bankruptcy Estate and Nicole DeBonis for the sum of $120,000.00 and the transfer of the Estate's right, title and interest in 3376 Edgerton Avenue, Wantagh, New York (the "Wantagh Property"), free and clear of all claims, liens and encumbrances, except for recorded mortgages and real estate tax liens and unpaid real estate taxes; (b) authorizing the Trustee to execute all documents necessary to effectuate the terms of the Stipulation of Settlement with Nicole DeBonis; and (c) such other and further relief as this Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

      PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website:

www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in Word format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Louis A. Scarcella, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 309, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and file with the Clerk of the Bankruptcy Court, with a copy to Chambers on or before November 21, 2023.

PLEASE TAKE FURTHER NOTICE, that effective July 10, 2023, all matters before Judge Scarcella will be conducted in person in Courtroom 970, unless otherwise ordered by the Court. Judge Scarcella's updated procedures can be found on the United States Bankruptcy Court for the Eastern District of New York's website at: www.nyeb.uscourtys/gov/content/judge-louis-scarcella.

Dated: Garden City, New York
      October 25, 2023

Weinberg, Gross & Pergament LLP
Attorneys for Trustee

By: _____
Marc A. Pergament
400 Garden City Plaza, Suite 309
Garden City, New York 11530
(516) 877-2424 ext. 226