UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                             Chapter 7

New Island Development, LLC a/k/a                Case No. 8-22-71630-845
Thomas Debonis,

                Debtor.                                        Order
-----------------------------------------------------------X

        The Trustee having applied for an Order pursuant to Rules 2004, 7037 and 9016 of the Federal Rules of Bankruptcy Procedure, Fed. R. Civ. P. 45 and § 105(a) of the Bankruptcy Code directing Leonardo Quinones to comply with this Court's Rule 2004 Order dated December 19, 2023 (the "Rule 2004 Order") [Dkt. No. 322], and subpoena for Rule 2004 Examination issued on December 27, 2023 ("Subpoena") and directing the production of documents [Dkt. No. 333]; and a hearing on the Trustee's application having noticed for March 5, 2024; and there being no opposition to the relief requested and a certificate of no objection having been filed [Dkt. No. 335]; and after due deliberation, and based upon on the record made at the hearing, it is hereby

        ORDERED, that the Trustee's application is granted to the extent set forth below, and it is further

        ORDERED, that Leonardo Quinones shall produce the documents set forth in the Subpoena in accordance with the Federal Rules of Bankruptcy Procedure on or before **March 25, 2024**, and it is further

        ORDERED, that Leonardo Quinones shall appear for a Rule 2004 examination on a date convenient to the Trustee's counsel on or before **April 12, 2024**.



Dated: March 6, 2024
      Central Islip, New York

                                                            **Louis A. Scarcella**
                                                   **United States Bankruptcy Judge**