| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>----------------------------------------------------------X<br><br>In Re:<br><br>New Island Development, LLC a/k/a<br>Thomas Debonis,<br><br>        Debtor.<br><br>----------------------------------------------------------X | RETURN DATE:   MAY 7, 2024<br>TIME:   10:00 A.M.<br><br>Chapter 7<br><br>Case No. 822-71630-845<br><br><br>Notice of Hearing |

  PLEASE TAKE NOTICE, that on May 7, 2024 at 10:00 a.m. the undersigned will move before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 970, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for an Order pursuant to Section 105 of the Bankruptcy Code, Fed. R. Civ. P. 45 and Rule 2004 of the Federal Rules of Bankruptcy Procedure: (a) holding Leonardo Quinones in contempt for his willful failure to comply with the Bankruptcy Court Orders entered on December 19, 2023 and March 6, 2024; (b) assessing sanctions against Leonardo Quinones in the sum of $250.00 each per day from March 25, 2024 until he fully and completely complies with the Orders, including producing the requested documents and appearing for a Rule 2004 examination; (c) awarding attorneys' fees and costs with respect to this motion; and (d) such other and further relief as this Court deems just and proper ("Motion").

  PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

  PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange

software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in Word format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Louis A. Scarcella, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 309, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and file with the Clerk of the Bankruptcy Court, with a copy to Chambers on or before April 30, 2024.

PLEASE TAKE FURTHER NOTICE, that effective July 10, 2023, all matters before Judge Scarcella will be conducted in person in Courtroom 970, unless otherwise ordered by the Court. Judge Scarcella's updated procedures can be found on the United States Bankruptcy Court for the Eastern District of New York's website at: www.nyeb.uscourtys/gov/content/judge-louis-scarcella.

Dated: Garden City, New York
April 18, 2024

Weinberg, Gross & Pergament LLP
Attorneys for Trustee

By: _____
Marc A. Pergament
400 Garden City Plaza, Suite 309
Garden City, New York 11530
(516) 877-2424 ext. 226